JS-6

Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

FILED
CLERK, U.S. DISTRICT COURT

July 27, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHANIEL MONTECALVO,** | Case No. **2:17−cv−00031−SJO (JPRx)** |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL** |
| **NORTHSTAR LOCATION SERVICES, LLC;** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, Nathaniel Montecalvo, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees, costs and expenses.

Dated this 27th day of July

*S. James Otero*

_____
Honorable **S.** James Otero